PS 8
(Rev. 4.2020)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

U.S.A. vs. Dolores Draper Maddox      Docket No. 1:22CR00211-LY-3

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Daniel Palomares, pretrial services/probation officer, presenting an official report upon the conduct of defendant Dolores Draper Maddox, who was placed under pretrial release supervision by the Honorable Susan Hightower, sitting in the court at Western District of Texas-Austin Division on the 17th date of October, 2022 under the following conditions:

> See Order Setting Conditions of Release dated October 17, 2022.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> The defendant is court-ordered to attend referred mental health and substance abuse treatment. As such, Pretrial Services will assess the defendant's ability to contribute to costs for treatment.
>
> The U.S. Attorney's office has been advised of the modification and related no objection.
>
> The defendant's attorney, Krista A. Chacona, has been notified and related no objection.

PRAYING THAT THE COURT WILL MODIFY the conditions of release to include condition: 7(t): pay all or part of the costs for referrals (treatment, drug testing, residential placement) based upon your ability to pay as directed by the pretrial services or supervising officer.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 10/26/2022

### ORDER OF COURT

Considered and ordered this 26th day of October, 2022 and ordered filed and made a part of the records in the above case.

_U.S. District Judge/Magistrate Judge_

U.S. Pretrial Services Officer    Phone Number +1 (737) 281-6014

Supervisory
U.S. Pretrial Services Officer    Phone Number +1 (210) 818-7861

Place   U.S. Pretrial Services
501 W. 5th Street, Suite 3200
Austin, Texas 78701